
FILED

AUG 30 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| KATHERINE EDWARDS,<br><br>Plaintiff,<br>vs.<br><br>DAVID J. SHULKIN, Secretary Department of Veteran Affairs, also referred to as Montana Department of Veteran Affairs,[1]<br>Defendant. | CV 16-28-H-CCL<br><br>PROTECTIVE ORDER |
|---|---|

Pursuant to the Motion for Protective Order, supporting brief, and the Stipulation of the parties filed contemporaneously with the Motion, and good cause appearing,

IT IS ORDERED:

The Defendant's Unopposed Motion for Protective Order is GRANTED. Counsel for Defendant, David J. Shulkin, Secretary of the Department of Veteran Affairs (Department), may provide to counsel for Plaintiff any documents

---

[1] Pursuant to Fed. R. Civ. P. 25(d), current Secretary of the VA, David J. Shulkin, is substituted for former Secretary of the VA, Robert A. McDonald.

1

including personnel information of Department employees, EEOC investigation documents, and Final Agency Decision records which may lead to information relevant to the claims and defenses asserted in this action.

IT IS FURTHER ORDERED, pursuant to 5 U.S.C. § 552a(b)(11), or other applicable law, that any of the foregoing documents or information produced in this litigation by Defendant shall be used only for the purposes of and within the confines of this case. All such documents shall be shown only to the parties to this case, their attorneys and attorneys' employees, experts or consultants hired for this case by any party, judges, court personnel, mediators agreed upon by the parties to conduct a settlement conference, and/or witnesses during deposition or trial testimony and as exhibits to deposition or in trial. None of the documents shall be released or shown to, and none of the information shall be disclosed to any other person, firm or corporation, unless ordered by the Court.

Further, at the conclusion of this lawsuit, all of the documents shall be returned to counsel for the Defendant or destroyed by Plaintiff's counsel.

**DATED** this 30th day of August, 2017.

CHARLES C. LOVELL
United States District Court Judge